**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL ACTION NO. H-19-604 |
| LAUREL OSAZUWA | | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 32). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 11, 2020 |
| Responses are to be filed by: | May 26, 2020 |
| Pretrial conference is reset to**:** | **June 1, 2020 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 8, 2020 at 9:00 a.m.** |

SIGNED on March 3, 2020, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge